UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Rodriguez, John C. and Kathleen A.   Case No.: 16-20713-MBK

Chapter: 7

Judge: Michael B. Kaplan

### NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on February 27, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
16 Carriage Way
Barnegat, NJ

Valued at $355,000.00

Liens on property:

Caliber Home Loans
$570,045.96

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name:   Andrea Dobin, Trustee

Address:   Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-20713-MBK
John C. Rodriguez                                                         Chapter 7
Kathleen A. Rodriguez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jan 30, 2017
                              Form ID: pdf905          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db/jdb         +John C. Rodriguez,    Kathleen A. Rodriguez,    16 Carriage Way,    Barnegat, NJ 08005-3394
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
                Colorado Springs, CO  80962)
516212978      +Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
516212980       American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
516212981      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
516212982      +Amex Department Stores,    PO Box 8218,    Mason, OH 45040-8218
516212983      +Apex Asset Management,    2501 Oregon Pike Ste 102,    Lancaster, PA 17601-4890
516212989       BCA Financial Services Inc,    18001 Old Cutler Rd, Ste 462,    Miami, FL 33157-6437
516212985      +Barclay Card,   Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
516212986       Barclays Bank,   c/o Northstar Location Services,    4285 Genesee Street,
                Buffalo, NY 14225-1943
516212987      +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
516212988      +Barnabas Health/Community Medical Ctr,    PO Box 9800,    Pompano Beach, FL 33075-0800
516212990      +Caliber Home Loans dba U.S. Bank Trust,    c/o Stern Eisenberg, PC,    1040 N. Kings Hwy, Ste 407,
                Cherry Hill, NJ 08034-1925
516212991      +Caliber Home Loans dba U.S. Bank Trust,    c/o Kivitz McKeever Lee, PC,
                701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
516212992      +Caliber Home Loans, Inc.,    PO Box 24610,    Oklahoma City, OK 73124-0610
516212993      +Chase,   PO Box 15153,    Wilmington, DE 19850-5153
516212994       Chase Bank,   PO Box 15548,    Wilmington, DE 19886-5548
516212995      +Chase/Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
516212996      +Community EMA,    PO Box 417442,    Boston, MA 02241-7442
516212997      +Community Emerg Med Assoc/EMA,    PO Box 6081,    Parsippany, NJ 07054-7081
516212998       Community Emergency Medical Assoc.,    c/o B&B Collections Inc.,    PO Box 2137,
                Toms River, NJ 08754-2137
516213002       DSNB/Macy's,    PO Box 8218,    Monroe, OH 45050
516213003      +Emergency Medical Associates,    PO Box 717,    Livingston, NJ 07039-0717
516213004      +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
516213005      +Harvard University/Student Loans,    1033 Massachusetts Ave, Ste 2,    Cambridge, MA 02138-5366
516213007       Medical Radiology Group PA,    PO Box 11268,    Lancaster, PA 17605-1268
516213009      +NCB Management Services INC,    PO Box 1099,    Langhorne, PA 19047-6099
516213010      +NJ Higher Education,    PO Box 543,    Trenton, NJ 08625-0543
516213011      +NJ Higher Education,    PO Box 548,    Trenton, NJ 08625-0548
516213012      +NJ Higher Education/NJ Student Assist.,    PO Box 548,    Trenton, NJ 08625-0548
516213013       Ocean Medical & Cardiology,    Renato C. Ynaya MD,    651 Rt 37 West,    Toms River, NJ 08755-8060
516213014      +Ocean Pathology PA,    PO Box 60100,    Charleston, SC 29419-0100
516213015      +PFS Group,    2600 North Loop W., Ste 150,    Houston, TX 77092-8916
516213016      +Security Credit Systems Inc.,    622 Main Street, Ste 301,    Buffalo, NY 14202-1929
516213019      +Tethys Bioscience Inc,    PO Box 4102,    Manteca, CA 95337-0002
516213020      +US Bank Trust, N.A.,    Caliber Home Loans,    13801 Wireless Way,    Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 01:43:15     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 01:43:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516212979       E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:41:12     American Eagle Outfitters,
                PO Box 965046,    Orlando, FL 32896-5046
516212984       E-mail/Text: cms-bk@cms-collect.com Jan 31 2017 01:42:56     Barclay Bank,
                c/o Capital Management Services,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516212999       E-mail/Text: ebn@barnabashealth.org Jan 31 2017 01:43:46     Community Medical Center,
                PO Box 29969,    New York, NY 10087-9969
516213001       E-mail/Text: mrdiscen@discover.com Jan 31 2017 01:42:21     Discover Bank,    PO Box 71084,
                Charlotte, NC 28272-1084
516213000      +E-mail/Text: fggbanko@fgny.com Jan 31 2017 01:42:34     Discover Bank,
                c/o Forster Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
516213006       E-mail/Text: cio.bncmail@irs.gov Jan 31 2017 01:42:42     IRS,    PO Box 7346,
                Philadelphia, PA 19101-7346
516213008      +E-mail/PDF: pa_dc_claims@navient.com Jan 31 2017 01:41:28     Navient,    Po Box 9655,
                Wilkes Barre, PA 18773-9655
516213017       E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:40:56     SYNCB/American Eagle,
                PO Box 965005,    Orlando, FL 32896-5005
516213018       E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:41:12     Synchrony Bank,    PO Box 965003,
                Orlando, FL 32896-5003
                                                                                              TOTAL: 11

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jan 30, 2017
                              Form ID: pdf905          Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor John C. Rodriguez jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Joint Debtor Kathleen A. Rodriguez jenkins.clayman@verizon.net
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                        TOTAL: 5